# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Frankie M Purnell § Case No. 13-24391
Pamela A Purnell §
§
    Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              219 S. Dearborn Street
              Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on Thursday, February 13, 2014, in courtroom 744 at 219 South Dearborn Street, Chicago, Illinois 60604.

   If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld_____
                                           Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Frankie M Purnell § Case No. 13-24391
Pamela A Purnell §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,800.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 4,790.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,200.00 | $ 0.00 | $ 1,200.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,200.00 |
| Remaining Balance | $ 3,590.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,726.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 6,969.89 | $ 0.00 | $ 313.85 |
| 2 | Discover Bank | $ 5,557.06 | $ 0.00 | $ 250.23 |
| 3 | American Infosource Lp As Agent For | $ 3,922.61 | $ 0.00 | $ 176.63 |
| 4 | American Infosource Lp As Agent For | $ 4,547.88 | $ 0.00 | $ 204.79 |
| 5 | Quantum3 Group Llc As Agent For | $ 781.53 | $ 0.00 | $ 35.19 |
| 6 | Quantum3 Group Llc As Agent For | $ 2,559.27 | $ 0.00 | $ 115.24 |
| 7 | N. A. Capital One Bank (Usa) | $ 1,060.16 | $ 0.00 | $ 47.74 |
| 8 | N. A. Capital One Bank (Usa) | $ 2,713.26 | $ 0.00 | $ 122.17 |
| 9 | Sallie Mae | $ 49,441.65 | $ 0.00 | $ 2,226.30 |
| 10 | American Infosource Lp As Agent For | $ 981.66 | $ 0.00 | $ 44.20 |
| 11 | American Infosource Lp As Agent For | $ 134.81 | $ 0.00 | $ 6.07 |
| 12 | Capital Recovery V, Llc | $ 1,056.88 | $ 0.00 | $ 47.59 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,590.00 |

  Remaining Balance                  $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

               NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

               NONE

         Prepared By: Deborah M. Gutfeld_____
                  Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 13-24391-ERW
Frankie M Purnell                                                      Chapter 7
Pamela A Purnell
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2          Date Rcvd: Jan 16, 2014
                              Form ID: pdf006             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2014.
```
db/jdb     +Frankie M Purnell,    Pamela A Purnell,    2014 S. 7th Ave.,   Maywood, IL 60153-3221
20602464   ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citgo Oil / Citibank,    Attn: Bankruptcy,   Po Box 20363,
             Kansas City, MO 64195)
20602460   +Cap1/mnrds,    Po Box 5253,   Carol Stream, IL 60197-5253
21053696    Capital One Bank (USA), N.A.,    American InfoSource LP,    PO Box 71083,
             Charlotte, NC  28272-1083
20602461   +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
20602463   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20602462   +Chase,   Po Box 24696,   Columbus, OH 43224-0696
20602468   +Dominion Retail,    Po Box 298,   Pittsburgh, PA 15230-0298
20602469   +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
20602470   +Emergency Services Group,    PO Box 808,   Grand Rapids, MI 49518-0808
20602471   +Emergency Services Group,    PO Box 73472,   Chicago, IL 60673-7472
20602473   +Heller & Frisone,    33 N. LaSalle St.,   #1200,   Chicago, IL 60602-2866
20602474   +ICS,   Po Box 1010,   Tinley Park, IL 60477-9110
20602475   +Loyola University Health Systems,    c/o Nationwide Credit & Co,    9919 W Roosevelt Rd.,
             Westchester, IL 60154-2774
20602480   +Loyola University Medical Center,    Po Box 3021,   Milwaukee, WI 53201-3021
20602479   +Loyola University Medical Center,    Po Box 3266,   Milwaukee, WI 53201-3266
20602477   +Loyola University Medical Center,    2160 S First Ave,    Maywood, IL 60153-3328
20602476   +Loyola University Medical Center,    Po Box 95994,   Chicago, IL 60694-5994
20602478   +Loyola University Medical Center,    Po Box 6559,   Carol Stream, IL 60197-6559
20602481   +Loyola University Physician Found.,    Po Box 98418,   Chicago, IL 60693-8418
20602482   +Loyola University Physician Found.,    2160 S First Ave,    Maywood, IL 60153-3328
20602483   +Maywood Fire Dept.,    Po Box 457,   Wheeling, IL 60090-0457
20602485   +Medicredit,    Po Box 1629,   Maryland Heights, MO 63043-0629
20602486   +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
20602489    Nationwide Credit & Collection Inc,    Po Box 3159,   Oak Brook, IL 60522-3159
20602490   +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
20602493   +RPM, Inc.,    Po Box 830913,   Birmingham, AL 35283-0913
20602491   +Racine Emergency Physicians, S.C.,    3803 Spring St.,    Racine, WI 53405-1660
20602492   +Revenue Production Management,    Po Box 598148,   Chicago, IL 60659-8148
20602494   +Rush,   1700 W. Van Buren,   Chicago, IL 60612-3228
20602495    Rush-Presbyterian-St. Luke’s Med,    75 Remittance Dr, Dept 1611,    Chicago, IL 60675-1611
20602496   +Saint Mary’s Medical Center,    3801 Spring St.,   Racine, WI 53405-1690
20602497   +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
20602498   +Skowron Eye Care,    370 N. York Rd,   Elmhurst, IL 60126-2320
20602501   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    Toyota Financial Services,   Po Box 8026,
             Cedar Rapids, IA 52408)
20602502   +University Cardiologoists,    1725 W. Harrison,   Chicago, IL 60612-3841
20602503   +University Cardiologoists,    75 Remittance Dr,   Chicago, IL 60675-1001
20602504   +Verizon,   Verizon Wireless Department/Attn: Bankru,    Po Box 3397,   Bloomington, IL 61702-3397
20602505   +Wfnnb/harlem,    Attention: Bankruptcy,   Po Box 182685,    Columbus, OH 43218-2685
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20602458   +E-mail/Text: ally@ebn.phinsolutions.com Jan 17 2014 00:59:46    Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
21138465    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2014 01:09:20
             American InfoSource LP as agent for,    Verizon,   PO Box 248838,    Oklahoma City, OK  73124-8838
20967021    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2014 01:07:40
             American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
21258143    E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2014 01:07:58     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20959145    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2014 01:10:52    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20602467   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2014 01:10:52    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
20602472   +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2014 01:07:42    Gemb/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
20602487   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2014 01:00:37    Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20978057    E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2014 01:00:27
             Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
21125521   +E-mail/PDF: pa_dc_claims@salliemae.com Jan 17 2014 01:07:18    Sallie Mae,
             c/o Sallie Mae, Inc.,    220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
20602499   +E-mail/PDF: pa_dc_claims@salliemae.com Jan 17 2014 01:08:52    Slfc/Sallie Mae,
             Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
20602500   +E-mail/Text: bankruptcy@sw-credit.com Jan 17 2014 01:00:45    Southwest Credit Syste,
             4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 12
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Jan 16, 2014
                               Form ID: pdf006             Total Noticed: 51

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20602465*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
20602466*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
               Po Box 20363,    Kansas City, MO 64195)
20602459     ##+Beneficial,    Po Box 3425,    Buffalo, NY 14240-3425
20602484     ##+Medicredit,    939 N Hwy 67,    Florissant, MO 63031-2917
20602488     ##+Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                       TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2014 at the address(es) listed below:
              Deborah Michelle Gutfeld    on behalf of Trustee Deborah Michelle Gutfeld
               gutfeldch7@perkinscoie.com,    dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Deborah Michelle Gutfeld     gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Jason    Blust     on behalf of Debtor Frankie M Purnell jason.blust@clientfirstbankruptcy.com,
               shanika.thomas@clientfirstbankruptcy.com
              Jason    Blust     on behalf of Joint Debtor Pamela A Purnell jason.blust@clientfirstbankruptcy.com,
               shanika.thomas@clientfirstbankruptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```