# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Frankie M Purnell | § | Case No. 13-24391 |
| Pamela A Purnell | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DEBORAH M. GUTFELD _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Cap1/mnrds Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo Oil / Citibank Attn: Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dominion Retail Po Box 298 Pittsburgh, PA 15230-9455 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Emergency Services Group PO Box 73472 Chicago, IL 60673 | | | | | |
| | Emergency Services Group PO Box 808 Grand Rapids, MI 49518 | | | | | |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Heller & Frisone 33 N. LaSalle St. #1200 Chicago, IL 60602-2603 | | | | | |
| | ICS Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | ICS Po Box 1010 Tinley Park, IL 60477 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Health Systems c/o Nationwide Credit & Co 9919 W Roosevelt Rd. Westchester, IL 60154 | | | | | |
| | Loyola University Health Systems c/o Nationwide Credit & Co 9919 W Roosevelt Rd. Westchester, IL 60154 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Medical Center Po Box 3021 Milwaukee, WI 53201 | | | | | |
| | Loyola University Medical Center Po Box 3021 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Medical Center Po Box 3021 Milwaukee, WI 53201 | | | | | |
| | Loyola University Medical Center Po Box 3266 Milwaukee, WI 53201 | | | | | |
| | Loyola University Medical Center Po Box 6559 Carol Stream, IL 60197 | | | | | |
| | Loyola University Medical Center Po Box 6559 Carol Stream, IL 60197 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Medical Center Po Box 95994 Chicago, IL 60694 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. 2160 S First Ave Maywood, IL 60153 | | | | | |
| | Loyola University Physician Found. Po Box 98418 Chicago, IL 60693 | | | | | |
| | Maywood Fire Dept. Po Box 457 Wheeling, IL 60090 | | | | | |
| | Medicredit 939 N Hwy 67 Florissant, MO 63031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medicredit 939 N Hwy 67 Florissant, MO 63031 | | | | | |
| | Medicredit Po Box 1629 Maryland Heights, MO 63043 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | |
| | Nationwide Credit & Collection Inc Po Box 3159 Oak Brook, IL 60522-3159 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Racine Emergency Physicians, S.C. 3803 Spring St. Racine, WI 53405 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Revenue Production Management Po Box 598148 Chicago, IL 60659 | | | | | |
| | RPM, Inc. Po Box 830913 Birmingham, AL 35283 | | | | | |
| | RPM, Inc. Po Box 830913 Birmingham, AL 35283 | | | | | |
| | RPM, Inc. Po Box 830913 Birmingham, AL 35283 | | | | | |
| | RPM, Inc. Po Box 830913 Birmingham, AL 35283 | | | | | |
| | RPM, Inc. Po Box 830913 Birmingham, AL 35283 | | | | | |
| | Rush 1700 W. Van Buren Chicago, IL 60612 | | | | | |
| | Rush-Presbyterian-St. Luke's Med 75 Remittance Dr, Dept 1611 Chicago, IL 60675-1611 | | | | | |
| | Saint Mary's Medical Center 3801 Spring St. Racine, WI 53405 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Skowron Eye Care 370 N. York Rd Elmhurst, IL 60126 | | | | | |
| | Slfc/Sallie Mae Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | | | | |
| | University Cardiologoists 1725 W. Harrison Chicago, IL 60612 | | | | | |
| | University Cardiologoists 75 Remittance Dr Chicago, IL 60675 | | | | | |
| | Verizon Verizon Wireless Department/Attn: Bankru Po Box 3397 Bloomington, IL 61702 | | | | | |
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182685 Columbus, OH 43218 | | | | | |
| 10 | American Infosource Lp As Agent For | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | American Infosource Lp As Agent For | | | | | |
| 3 | American Infosource Lp As Agent For | | | | | |
| 4 | American Infosource Lp As Agent For | | | | | |
| 12 | Capital Recovery V, Llc | | | | | |
| 1 | Discover Bank | | | | | |
| 2 | Discover Bank | | | | | |
| 7 | N. A. Capital One Bank (Usa) | | | | | |
| 8 | N. A. Capital One Bank (Usa) | | | | | |
| 5 | Quantum3 Group Llc As Agent For | | | | | |
| 6 | Quantum3 Group Llc As Agent For | | | | | |
| 9 | Sallie Mae | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-24391 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Frankie M Purnell | | | | Date Filed (f) or Converted (c): | 06/13/2013 (f) |
| | Pamela A Purnell | | | | 341(a) Meeting Date: | 07/29/2013 |
| For Period Ending: | 08/14/2014 | | | | Claims Bar Date: | 12/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.   Real Estate Located At 2014 S. 7Th Ave, Maywood, Il 60153 Si | 79,000.00 | 0.00 | | 0.00 | FA |
| 2.   Checking Account With Chase | 14.00 | 0.00 | | 0.00 | FA |
| 3.   Savings Account With Chase | 1.70 | 1.70 | | 0.00 | FA |
| 4.   Checking Account With Chase | 5.00 | 0.00 | | 0.00 | FA |
| 5.   Checking Account With Chase | 0.00 | 0.00 | | 0.00 | FA |
| 6.   Miscellaneous Used Household Goods And Furnishings | 750.00 | 0.00 | | 0.00 | FA |
| 7.   Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8.   Prudential Whole Life Insurance Policy | 2,090.41 | 0.00 | | 0.00 | FA |
| 9.   Prudential Whole Life Insurance Policy | 182.15 | 0.00 | | 0.00 | FA |
| 10.   Employer-Provided 401(K) | 37,120.04 | 0.00 | | 0.00 | FA |
| 11.   2007 Toyota Camry Ce Sedan 4D With 57,000 Miles Value Accord | 8,170.00 | 0.00 | | 800.00 | FA |
| 12.   2009 Toyota Corolla Sedan 4D With 60,000 Miles Value Accordi | 6,884.00 | 0.00 | | 800.00 | FA |
| 13.   2009 Chevrolet Impala With 45,000 Miles Value According To K | 7,526.00 | 0.00 | | 800.00 | FA |
| 14.   2004 Pontiac Grand Prix Gt Sedan 4D With 125,000 Miles Value | 3,378.00 | 33.00 | | 800.00 | FA |
| 15.   2000 Cadillac Seville Sls Sedan 4D With 185,000 Miles Value | 600.00 | 600.00 | | 800.00 | FA |
| 16.   2000 Chevrolet Astro Passenger Minivan With 224,000 Miles Va | 454.00 | 454.00 | | 800.00 | FA |
| INT.   Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $146,475.30          $1,088.70          $4,800.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on June 30, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014          Exhibit 8

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-24391 | Trustee Name: DEBORAH M. GUTFELD | |
| Case Name: Frankie M Purnell | Bank Name: Associated Bank | |
| Pamela A Purnell | Account Number/CD#: XXXXXX7833 | |
| | Checking | |
| Taxpayer ID No: | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/13 | | Chase Cashier's Check Remitter Frankie Purnell | Payment for equity in 6 vehicles per 11/12/13 court order | | $1,600.00 | | $1,600.00 |
| | | | Gross Receipts           $1,600.00 | | | | |
| | 11 | | 2007 Toyota Camry Ce Sedan 4D With 57,000 Miles Value Accord | $800.00 | 1129-000 | | |
| | 12 | | 2009 Toyota Corolla Sedan 4D With 60,000 Miles Value Accordi | $800.00 | 1129-000 | | |
| 10/01/13 | | Chase Cashier's Check Remitter: Frankie Purnell | Payment for equity in 6 vehicles per 11/12/13 court order | | $1,600.00 | | $3,200.00 |
| | | | Gross Receipts           $1,600.00 | | | | |
| | 13 | | 2009 Chevrolet Impala With 45,000 Miles Value According To K | $800.00 | 1129-000 | | |
| | 14 | | 2004 Pontiac Grand Prix Gt Sedan 4D With 125,000 Miles Value | $800.00 | 1129-000 | | |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,190.00 |
| 10/23/13 | | Chase Cashier's check | Payment for equity in 6 vehicles per 11/12/13 court order | | $1,600.00 | | $4,790.00 |
| | | | Gross Receipts           $1,600.00 | | | | |
| | 15 | | 2000 Cadillac Seville Sls Sedan 4D With 185,000 Miles Value | $800.00 | 1129-000 | | |
| | 16 | | 2000 Chevrolet Astro Passenger Minivan With 224,000 Miles Va | $800.00 | 1129-000 | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 25)*            Page Subtotals:            $4,800.00            $10.00

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-24391 | Trustee Name: DEBORAH M. GUTFELD | Exhibit 9 |
| Case Name: Frankie M Purnell | Bank Name: Associated Bank | |
| Pamela A Purnell | Account Number/CD#: XXXXXX7833 | |
| | Checking | |
| Taxpayer ID No: | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | 101 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,200.00 | $3,590.00 |
| 02/14/14 | 102 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Distribution | | | $564.08 | $3,025.92 |
| | | Discover Bank | Final distribution to claim 1 ($313.85) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 2 ($250.23) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| 02/14/14 | 103 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Distribution | | | $381.42 | $2,644.50 |
| | | American Infosource Lp As Agent For | Final distribution to claim 3 ($176.63) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 4 ($204.79) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| 02/14/14 | 104 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Distribution | | | $150.43 | $2,494.07 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 5 ($35.19) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 6 ($115.24) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| 02/14/14 | 105 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Distribution | | | $169.91 | $2,324.16 |

| | | | Page Subtotals: | | $0.00 | $2,465.84 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 26)*

Page: **3**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-24391 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: Frankie M Purnell | Bank Name: | Associated Bank |
| Pamela A Purnell | Account Number/CD#: | XXXXXX7833 |
| | | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 7 ($47.74) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 8 ($122.17) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| 02/14/14 | 106 | Sallie Mae C/O Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, Pa 18706 | Final distribution to claim 9 representing a payment of 4.50 % per court order. | 7100-000 | | $2,226.30 | $97.86 |
| 02/14/14 | 107 | American Infosource Lp As Agent For Verizon Po Box 248838 Oklahoma City, Ok 73124-8838 | Distribution | | | $50.27 | $47.59 |
| | | American Infosource Lp As Agent For | Final distribution to claim 10 ($44.20) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 11 ($6.07) representing a payment of 4.50 % per court order. | 7100-000 | | | |
| 02/14/14 | 108 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 12 representing a payment of 4.50 % per court order. | 7100-000 | | $47.59 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,800.00 | $4,800.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,800.00 | $4,800.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,800.00 | $4,800.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,324.16 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7833 - Checking | $4,800.00 | $4,800.00 | $0.00 |
| | $4,800.00 | $4,800.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,800.00 |
| Total Gross Receipts: | $4,800.00 |

Page Subtotals:                    $0.00          $0.00